196 So. 904

**James LATHAM v. STATE.**

6 Div. 620.

Court of Appeals of Alabama.

April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

---

192 So. 915

**Jim LAWRENCE v. STATE.**

8 Div. 922.

Court of Appeals of Alabama.

Nov. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

---

198 So. 876

**Abraham LEE v. STATE.**

7 Div. 571.

Court of Appeals of Alabama.

Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and W. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

---

198 So. 877

**Abraham LEE v. STATE.**

7 Div. 572.

Court of Appeals of Alabama.

Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

---

198 So. 877

**Abraham LEE v. STATE.**

7 Div. 573.

Court of Appeals of Alabama.

Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

---

199 So. 912

**Abraham LEE v. STATE.**

7 Div. 570.

Court of Appeals of Alabama.

Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.